UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 14-cr-00217-01 |
| VERSUS | JUDGE FOOTE |
| JASON CARL FRUGE | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, including the written reports of the examining professional(s), no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

The court finds that Defendant has a rational and factual understanding of the nature and consequences of the proceedings against him; and he has sufficient present ability to consult with and assist his attorney with a reasonable degree of rational understanding. Accordingly, the court finds that Defendant is competent to stand trial and/or enter a guilty plea at this time.

THUS DONE AND SIGNED at Shreveport, Louisiana, this _____ day of _____, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE